**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**NOT  DESIGNATED  FOR  PUBLICATION**

Robert Kevin McCartney
DWCC   H3A DOC No. 358987
670 Bell Hill Road
Homer, La 71040

**REHEARING ACTION: May 18, 2011**

**Docket Number: 10   01225-CA**

**ROBERT KEVIN MCCARTNEY, ET AL.**
**VERSUS**
**GEORGE MCCORMICK, ET AL.**

**Appealed from Rapides Parish Case No. 225,011**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Kevin McCartney** has this day been

> **DENIED.**

cc: Robert Lewis Bussey, Counsel for the Appellee
    William M. Ford, Counsel for the Appellee
    John Franklin Weeks  II, Counsel for the Appellee
    H. Bradford Calvit, Counsel for the Appellee
    Loren Marc Lampert, Counsel for the Appellee